# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0031. MAURICE YOUNG v. THE STATE.**

On July 9, 2019, the trial court issued an order denying Maurice Young's request for pre-trial bond. On January 21, 2021, Young filed a pro se notice of appeal of the trial court's order.

To obtain review of the order regarding pre-trial bond, Young was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order and filing an application within ten days of the certificate. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Thus, pretermitting whether Young is represented by counsel below, which would render his notice of appeal a nullity, see *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017), we lack jurisdiction because he failed to comply with the interlocutory appeal procedure. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/16/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*